**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

HAROLD L. HENDRIX,

     Plaintiff,

     v.

YASMIN SHELLMAN,

     Defendant.

CIVIL ACTION NO.: 4:26-cv-112

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's April 28, 2026, Report and Recommendation, (doc. 6), to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 6.) Pursuant to 28 U.S.C. § 1447(c), this case is hereby **REMANDED** to the Magistrate Court of Chatham County, Georgia, for further proceedings. Plaintiff Hendrix's Motion to Remand is, therefore, **DISMISSED** as moot. (Doc. 7.) Following remand, the Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 16th day of June, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA